**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEVORG HAKOYAN,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO IMMIGRATION DETENTION FACILITY, ET AL.,<br>Respondents. | Case No. 5:26-cv-05442-WLH-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Verified Petition for Writ of Habeas Corpus, the Report and Recommendation of the United States Magistrate Judge, and all the records and files herein. The Magistrate Judge determined that it was appropriate to waive the objections period because Respondents declined to file a response to the Petition. Therefore, the Court has conducted a *de novo* review of the Report and Recommendation. Based on the Court's *de novo* review, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

The Court **ORDERS** that the Petition is **GRANTED**. Respondents shall immediately release Petitioner Gevorg Hakoyan (A# 241-295-564) ("Petitioner") from custody subject only to conditions of release that were in place prior to Petitioner's detention on September 2, 2026 (if any). Respondents shall also immediately return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard). Respondents shall file a notice of compliance **within three (3) days of entry of Judgment.**

It is further **ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 30, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE