**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEVORG HAKOYAN,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO IMMIGRATION DETENTION FACILITY, ET AL.,<br>Respondents. | Case No. 5:26-cv-05442-WLH-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is **GRANTED**. Respondents shall immediately release Petitioner Gevorg Hakoyan (A# 241-295-564) ("Petitioner") from custody subject only to conditions of release that were in place prior to Petitioner's detention on September 2, 2026 (if any). Respondents shall also immediately return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days'

notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard). Respondents shall file a notice of compliance **within three (3) days.**

DATED: September 30, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE